IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ROBERT J. RIETHER, et al.,**

      **Plaintiffs,**

**v.**                                          **CIV 10-0622 BRB/LAM**

**UNITED STATES OF AMERICA,**

      **Defendant.**

## ORDER SETTING LIMITED DISCOVERY SCHEDULING ORDER

**THIS MATTER** comes before the Court on the presiding judge's referral to the undersigned to set a limited discovery scheduling order. *See Order Granting Joint Motion for Stay and Limited Discovery During the Stay (Doc. 19)*. The Parties have stipulated to Defendant conducting discovery "related to determining the adjusted basis of the medical equipment which was donated by Plaintiffs in 2001 and 2003" during the six-month stay that has been imposed in this case. *See Memorandum in Support of Joint Motion for Stay of Case and Limited Discovery During the Stay (Doc. 18-1)* at 2-3.

**IT IS THEREFORE ORDERED** that the deadline for discovery related to determining the adjusted basis of the medical equipment which was donated by Plaintiffs in 2001 and 2003 is **May 9, 2011**.

**IT IS FURTHER ORDERED** that the deadline for motions related to that discovery is **May 31, 2011**.

      **IT IS SO ORDERED.**

                                                                          */s/ Lourdes A. Martínez*
                                                                        **LOURDES A. MARTÍNEZ**
                                                                        **UNITED STATES MAGISTRATE JUDGE**